UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 MAY 31 PM 3:54
NANCY M. MAYER-WHITTINGTON
CLERK

Ann Powers,

PLAINTIFF

VS.

CIVIL ACTION NO. 07-0771
JR

Ad & Alice Wickline,

DEFENDANTS

RECEIVED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPEAL

PLAINTIFF DEMANDS A JUDGMENT AGAINST THE DEFENDANTS - THE SET-UP ARTIST HERSELF, MRS. ALICE WICKLINE AND A GRAND JURY INDICTMENT AGAINST HER FOR SETTING-UP THE PLAINTIFF AND HER CHILDREN - PLEASE USE THE LIE-DETECTOR AND SCREEN THESE SO-CALLED 'ELDERS'. THEY ARE LIEING AND GUILTY - 1ST DEGREE OF PREMEDITATING AND CONSPIRACY AGAINST THE PLAINTIFF AND THE USA - LIFE IS TOO SHORT!

DATED: MAY 31ST, 2007   RESPECTIVELY SUBMITTED,

Ann Powers
1900 Massachusetts Ave.,
S.E., Lot C
WA, DC
20003